# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES J. HARRISON, | : | Civil No. 1:16-CV-1169 |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | (Magistrate Judge Carlson) |
| NANCY A. BERRYHILL[1] | : | |
| Acting Commisioner of | : | |
| Social Security | : | |
| Defendant. | : | |

## **ORDER**

Accordingly, because we find that the ALJ's decision is supported by substantial evidence, IT IS ORDERED that the Mr. Harrison's request for a new administrative hearing is DENIED, the final decision of the Commissioner denying this claim IS AFFIRMED. IT IS FURTHER ORDERED that final judgment should be entered in favor of the Acting Commissioner and against Mr. Harrison.

So ordered this 5th day of September, 2017.

*s/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure and 42 U.S.C. § 405(g), Acting Commissioner Nancy A. Berryhill is automatically substituted as the named defendant in place of the former Commissioner of Social Security.